THE STATE, EX REL. DONOVAN, APPELLANT, *v.* PORTAGE COUNTY SHERIFF'S DEPARTMENT ET AL., APPELLEES.

[Cite as *State, ex rel. Donovan, v. Portage Cty. Sheriff's Dept.* (1991), 61 Ohio St.3d 594.]

(No. 91–214—Submitted May 21, 1991—Decided August 28, 1991.)

*Robert K. Donovan, pro se.*

*Per Curiam.* We hold that the order denying appellant's motion to proceed *in forma pauperis* is not a final appealable order. See *State, ex rel. Blevins,*

*v. Mowrey* (1989), 45 Ohio St.3d 20, 24, 543 N.E.2d 99, 103. Accordingly, the appeal is dismissed.

*Appeal dismissed.*

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.